UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONYA V. WILLIAMS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FULCRUM RETAIL ENERGY, LLC d/b/a AMIGO ENERGY,<br><br>    Defendant. | Case No. 3:22-cv-00460-S |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES ANTONYA V. WILLIAMS ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, FULCRUM RETAIL ENERGY, LLC d/b/a AMIGO ENERGY, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 9, 2022                    Respectfully Submitted,

                                        */s/ Nathan C. Volheim*
                                        Nathan C. Volheim, Esq. (#6302103)
                                        *Counsel for Plaintiff*
                                        Admitted in the Northern District of Texas
                                        Sulaiman Law Group, Ltd.
                                        2500 S. Highland Avenue, Suite 200
                                        Lombard, IL 60148
                                        Phone: (630) 575-8181
                                        Fax: (630)575-8188
                                        nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on March 9, 2022, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

                                                      */s/Nathan C. Volheim*
                                                      Nathan C. Volheim